UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **Criminal No. 08-418-M** |
| : | **(DAR)** |
| **ERIC BRODIE** : | |
| : | |

## MOTION TO DISMISS COMPLAINT

Eric Brodie, by his attorney, Joanne Slaight, respectfully moves this Honorable Court to dismiss with prejudice the criminal complaint filed against Mr. Brodie. In support of this Motion Mr. Brodie, through undersigned counsel, states as follows:

1. On approximately July 1, 2008, Eric Brodie was arrested for an offense which was charged in a criminal complaint filed on July 2, 2008, in the United States District Court for the District of Columbia. The criminal complaint charges Mr. Brodie with unlawful possession of a firearm after being convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of 18 U.S.C. § 922(g)(1).

2. On July 2, 2008, Mr. Brodie appeared before United States Magistrate Judge Deborah Robinson for his initial appearance. Mr. Brodie had his preliminary and detention hearings on July 7, 2008.

3. As of August 4, 2008, more than 30 days after Mr. Brodie's arrest, an indictment has not been returned against him.

4. Pursuant to 18 U.S.C. § 3161(b), any information or indictment charging an individual with the commission of an offense shall be filed within thirty days from

the date on which such individual was arrested or served with a summons in connection with such charges. Because the government has failed to indict Mr. Brodie within 30 days of his arrest in this case, Mr. Brodie respectfully moves this Court to dismiss the criminal complaint filed against him as mandated by 18 U.S.C. § 3162(a)(1). 18 U.S.C. § 3162(a)(1) provides that "[i]f, in the case of any individual against whom a complaint is filed charging such individual with an offense, no indictment or information is filed within the time limit required ... such charge against that individual contained in such complaint shall be dismissed or otherwise dropped." Accordingly, Mr. Brodie respectfully requests that the complaint in this case be dismissed with prejudice.

FOR THE ABOVE STATED REASONS, Mr. Brodie respectfully requests that this Court dismiss with prejudice the complaint filed against him as required by 18 U.S.C. § 3162(a)(1).

Respectfully submitted,

/s/

Joanne D. Slaight, #332866
717 5th St, N.W.
Washington, DC  20001
Phone (202) 408-2041

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ] |
| v. | ] Criminal No. 08-418-M |
| ERIC BRODIE | ] |

**ORDER**

Upon motion of defendant Eric Brodie for dismissal of the complaint in the above-titled case, and for good cause shown, it is, this _____ day of _____, 2008, hereby

ORDERED, that the complaint is hereby dismissed, WITH PREJUDICE.

_____
JUDGE

Date: