# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 08-418-M** |
| | : | |
| v. | : | |
| | : | |
| **ERIC MAURICE BRODIE,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF ASSIGNMENT AND APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above captioned matter is assigned to Assistant United States Attorney Bridgette Crafton, telephone number (202) 353-2385 and this is notice of her appearance in this matter on behalf of the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney


_____/S/_____
Bridgette Crafton
ASSISTANT UNITED STATES ATTORNEY
Bar No. 435782
555 4th Street, NW., Room 4231
Washington, DC 20530
(202) 353-2385